UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NEWSON, | No. 2:18-cv-2010 CKD P |
| Plaintiff, | |
| v. | ORDER |
| STEPHEN SHAW, et al., | |
| Defendants. | |

By order filed March 19, 2019, the undersigned screened the complaint and gave plaintiff the option of proceeding on the complaint as screened or amending the complaint. (ECF No. 9.) Due to the delay in docketing caused by the plaintiff having to file documents in hard copy, the first amended complaint received by the court on March 18, 2019, was not docketed until the next day (ECF No. 7) and was therefore not addressed in the screening order. Because the first amended complaint was not in the proper form, it was stricken from the record. (ECF No. 12.) Plaintiff has now filed a motion to stay (ECF No. 13), notice on how to proceed (ECF No. 14), and what appears to be a supplement to the first amended complaint that was stricken (ECF No. 15).

Although plaintiff his indicated that he would like to proceed on the complaint as screened (ECF Nos. 13, 14), he also requests that the claims he would be voluntarily dismissing without prejudice "be placed in (stay-in-abayence [sic])." (ECF No. 13 at 2.) It is unclear what plaintiff

1

intends by this request. Plaintiff has the option to either (1) proceed on the complaint as screened and voluntarily dismiss without prejudice the claims against defendant Austin or (2) amend the complaint. If plaintiff chooses to proceed on the complaint as screened, the court will not "stay" the claims against defendant Austin. Those claims will be dismissed. Because the dismissal will be without prejudice, plaintiff will be free to pursue those claims at a later date, should he so desire. However, the court will not guarantee the timeliness or opine as to the potential success of any later filed action based on the claims against Austin.

Because it is not clear how plaintiff would like to proceed, he will be required to clarify for the court which course of action he would like to take. If plaintiff does not return the form advising the court how he would like to proceed, the court will assume that he is choosing to proceed on the complaint as screened and will recommend dismissal without prejudice of the claims against defendant Austin.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay the claims against defendant Austin (ECF No. 13) is denied.

2. Within fourteen days of service of this order, plaintiff shall complete and return the attached form notifying the court whether he wants to proceed on the screened complaint or whether he wants to file a first amended complaint. If plaintiff does not return the form, the court will assume that he is choosing to proceed on the complaint as screened and will recommend dismissal without prejudice of the claims against defendant Austin.

Dated: April 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:news2010.clarify

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NEWSON,<br><br>        Plaintiff,<br><br>   v.<br><br>STEPHEN SHAW, et al.,<br><br>        Defendants. | No. 2:18-cv-2010 CKD P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_\_ Plaintiff wants to proceed immediately on his Eighth Amendment and state tort claims against defendants Shaw and Ikegbu without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing without prejudice his claims against defendant Austin.

\_\_\_\_\_ Plaintiff wants to amend the complaint.

DATED:_____

                                                    Raymond Newson
                                                    Plaintiff pro se