UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RAYMOND NEWSON, | No. 2:18-cv-2010 CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| STEPHEN SHAW, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion in limine. ECF No. 36.

The February 14, 2020 pretrial motions deadline was recently vacated in light of the upcoming settlement conference in this case. (ECF No. 34.) In the event the settlement conference is unsuccessful, a new deadline for filing motions for summary judgment will be set. If plaintiff survives a motion for summary judgment, or defendants do not file one, this case will proceed to trial and a separate deadline for motions in limine will set.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion in limine (ECF No. 36) is denied without prejudice as premature.

Dated: February 18, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:news2010.mil

1