UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NEWSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN SHAW, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-2010 CKD P<br><br><br>ORDER |

　　　　Defendants have filed a motion requesting a three-month continuance of the settlement conference and the deadline for filing dispositive motions.  (ECF No. 40.)  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1.  Defendants' motion for a continuance (ECF No. 40) is granted.

　　　　2.  The June 24, 2020 settlement conference is vacated.

　　　　3.  The March 23, 2020 Order and Writ of Habeas Corpus ad Testificandum (ECF No. 39) is vacated.  The Clerk of the Court is directed to serve a courtesy copy of this order on the Litigation Coordinator at California Medical Facility at 707-469-6006 and on the Out-To-Court-Desk, California State Prison-Sacramento.

　　　　4.  The parties shall have an additional ninety days, up to and including September 22, 2020, to conduct a settlement conference.  Defendants shall be responsible for scheduling the conference.

5. In the event the settlement conference between the parties is not successful, dispositive motions shall be due within thirty days of the date of the settlement conference.

Dated: June 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:news2010.36

2