UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NEWSON, | No. 2:18-cv-2010 CKD P |
| Plaintiff, | |
| v. | ORDER |
| STEPHEN SHAW, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting the court grant him priority legal user status. (ECF No. 44.)

After defendants answered the complaint, this case was stayed and referred to the Post-Screening ADR Project. (ECF No. 23.) However, prior to a settlement conference being scheduled, defendants requested to opt out on the ground that they could not properly evaluate plaintiff's claims and participate in meaningful settlement discussions without discovery. (ECF No. 25.) Defendants' request was granted, the stay was lifted, and discovery commenced. (ECF Nos. 26, 27.) After discovery closed, and prior to the deadline for filing summary-judgment motions, plaintiff filed a request for a settlement conference (ECF No. 33), which was followed by defendants' motion to extend the deadline to file dispositive motions, based in part upon their expressed belief that a settlement agreement could potentially be reached (ECF No. 33). In light of the parties both expressing interest in settlement, a settlement conference was scheduled and

the deadline for filing summary-judgment motions was vacated, with dispositive motions due thirty days after the settlement conference if an agreement was not reached. (ECF No. 34.) The settlement conference was initially scheduled to take place on April 16, 2020 (id.), but due to the ongoing public health crisis has been continued twice and is now scheduled to take place on September 17, 2020 (ECF No. 43).

Due to the upcoming settlement conference, there are currently no deadlines pending before this court. However, plaintiff asserts that he is contemplating filing a motion for summary judgment and argues that because defendants can decline a settlement conference and file a summary-judgment motion at any time, he requires priority legal user status in order to access the law library and begin preparing for the possibility of these future motions. (ECF No. 44.) The court will not order the prison to provide plaintiff access to the law library in anticipation of motions that may never be filed. So long as a settlement conference remains pending, no motions for summary judgment will be entertained, and in the event the settlement conference is unsuccessful, the parties will be given an opportunity to file motions for summary judgment. If, at that time, plaintiff finds that he requires additional time to either file his own motion for summary judgment or to respond to a motion filed by defendants, he may request an extension of time that explains what he needs the extension for, how much time he needs, and why the time he already has is not enough.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an order granting him priory legal user status (ECF No. 44) is denied.

Dated: July 6, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:news2010.plu.status