UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NEWSOM,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN SHAW, et al.,<br><br>Defendants. | No. 2:18-cv-2010 CKD P<br><br><br><br>ORDER |

Defendants' motion for summary judgment is pending before the court. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: February 10, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
news2010.46osc